UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BURRUEL, | No. 2:21-cv-1319 DB |
| Plaintiff, | |
| v. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] | |
| Defendant. | |

On October 12, 2022, the Court issued an order granting plaintiff's motion for summary judgment, reversing the decision of the Commissioner, and remanding this social security action for further proceedings.[2] On November 9, 2022, plaintiff filed a motion to amend the judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure. (ECF No. 23.) "Specifically, Plaintiff requests the Court amend its Order to specify that the scope of the proceedings on remand is limited to adjudicating Plaintiff's claim she was disabled as of January 1, 2017." (Id. at

---

[1] After the filing of this action Kilolo Kijakazi was appointed Acting Commissioner of Social Security and has, therefore, been substituted as the defendant. See 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

[2] Both parties have previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (See ECF No. 19.)

1

1.) Plaintiff seeks "to avoid relitigating on remand the favorable portion of Social Security's final decision, which found Plaintiff disabled as of June 18, 2019[.]"  (Id.)  On December 2, 2022, defendant filed a statement of non-opposition to plaintiff's motion.  (ECF No. 25.)

In remanding this matter for further proceedings, it was not the Court's intention to allow relitigating the finding that plaintiff was disabled as of June 18, 2019.  Therefore, and in light of defendant's statement of non-opposition, plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's November 9, 2022 motion to amend (ECF No. 23) is granted; and

2. The Court clarifies that this matter is remanded for further proceedings limited to properly adjudicating Plaintiff's claim that she was disabled as of January 1, 2017.

Dated:  December 6, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\burruel1319.amd.R59